MORRIS ROBINSON, Respondent, v. WILSON & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

MAURICE EISENBERG, Appellant, v. AUGUSTUS B. WOLVIN, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

THOMAS A. LEWIS, Appellant, v. MERRITT & CHAPMAN DERRICK AND WRECKING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

NATIONAL GUM AND MICA COMPANY, Appellant, v. GENERAL COMMERCIAL COMPANY, LTD., OF UNITED STATES, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

ELSIE G. TOMPKINS, Respondent, v. RALPH M. CRANE, Appellant.— Order modified by providing that the original order dated June 2, 1919, be modified by striking therefrom the words " converted to the defendant's own use and parts of it sold and disposed of; what proceeds were derived from the said sale, and to whom it was sold; " and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

HOWARD D. BAIRD, Respondent, v. FRANK S. DOUGLASS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERTRUDE CRANE, as Administratrix, etc., Respondent, v. LOUIS H. HAHLO and Others, as and Constituting the Board of Revision of Assessments of the City of New York, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

MORITZ D. SPITZER, Appellant, v. CHILDS COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

KATHERINE H. ROHLOFF, Respondent, v. ROBERT M. CATTS, Appellant.— Order reversed, without costs, and order of the City Court modified by providing that defendant may serve his answer upon payment of full costs of the action to be taxed by the clerk, and by the further provision that the judgment may stand as security, and staying the action of the sheriff in the further execution of the judgment until the action be finally determined. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

JACOB A. KIRSCH, Appellant, v. PACIFIC COMMERCIAL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.